ACCEPTED
04-14-00569-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/20/2015 4:05:53 PM
KEITH HOTTLE
CLERK

04 -14 -00569- CV

---

## In The Court Of Appeals
## For The Fourth District Of Texas
## San Antonio Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
04/20/2015 4:05:53 PM
KEITH E. HOTTLE
Clerk

---

## BURTON KAHN
*APPELLANT*

V.

## HELVETIA ASSET RECOVERY INC.
*APPELLEE.*

---

On Appeal From The 37th Judicial District Court Of Bexar County, Texas
Trial Court, No. 2013–CI -18355
Hon. Michael Mery, Judge Presiding

---

APPELLANT'S **SECOND MOTION FOR EXTENSION TO FILE ITS REPLY TO APPELLEE'S BRIEF**

---

**Burton Kahn pro se**
**1706 Alpine Circle**
**San Antonio, TX 78248**
**210-408-9199**
glentrail@yahoo.com

1

TO THE HONORABLE COURT OF APPEALS:

Appellant Burton Kahn files this Second Motion For Extension To File Its Reply To Appellee's Brief, Under Texas Rule of Appellate Procedure 10.5(b) and respectfully requests a an additional 7-day extension of time, until April 20, 2015,

## I

This is Appellant Burton Kahn's ("Appellant" or "Kahn") appeal from the June 11, 2014 final judgment entered in Cause No. 2013-Cl-I *8355*, *Helvetia Asset Recovery, Inc. v. Burton Kahn, et al*, 37th Judicial District, Bexar County, Texas.

Appellee filed its brief on March 17, 2015. Appellant' s Reply is currently due on April 13, 2015. This is Appellant's Second request for an extension of time with regard to responding to the reply.

## II.

Appellant had filed on April 13, 2015, the documents through E File. But due to large size of the reply sent a wrong document. The E filing system was not large enough to carry the total number of pages so it was broken down inti 16 parts. This got complicated and Appellant brought to Ms. Estrada a flash drive. The documents were broken down to 16 transmissions.

I have coordinated with Ms. Estrada and the documents are now in order.

Accordingly, Appellant requests another 7-day extension, or until April 20,, 2015, in which to file its Reply. This motion is not filed for the purpose of delay.

## PRAYER

For these reasons, Appellant, Burton Kahn respectfully requests that the Court grant this request and extend the time for filing its Reply to April 20, 2015.

Respectfully submitted,

Burton Kahn Pro-se
1706 Alpine Cir.,
San Antonio, TX 78248
glentrail@yahoo.com
Tel (210) 408-9199

### CERTIFICATE OF SERVICE

I certify that a copy of Appellee, Helvetia Asset Recovery Inc., this Motion was served on Appellee, Helvetia Asset Recovery Inc. through counsel of record on April 20, 2015 by

Via Email Lisa. Barkley@ haynesboone.com
Haynes and Boone LLP
Lisa Barkley

3

112 E. Pecan St. Suite 1200
San Antonio, TX 78205 - 1524

Via E-mail Werner.Powers@hayneshoone.com
Werner A. Powers
Natalie DuBose
Haynes & Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219

*[signature]*

Burton Kahn Pro-se

## CERTIFICATE OF CONFERENCE

In accordance with Rule 10.1(a)(5) of the Texas Rules of Appellate Procedure, I certify that Burton Kahn conferred with attorneys for Appellee concerning this request for extension of time. Appellee's attorneys does not oppose the relief requested.

*[signature]*